IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA RABEL and ANDREA RABEL,

    Petitioners,

  v.

                                                  Case No. 21-cv-68-bbc

NEW GLARUS SCHOOL DISTRICT,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent New Glarus School District against petitioners Joshua Rabel and Andrea Rabel affirming the December 22, 2020 decision of the Wisconsin Division of Hearings and Appeals.

| s/ K. Frederickson, Deputy Clerk | July 22, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |